```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELISSA K. BROWN (CSBN 203307)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6962
6       FAX: (415) 436-6748
        melissa.k.brown@usdoj.gov
7
    Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) ) ) | No. C-10-1680 MEJ |
| Plaintiff, | ) ) | **CORRECTED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF ENERGY, | ) ) ) | |
| Defendant. | ) ) | |

[CORRECTED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO RESPOND]- C-10-1680 MEJ

1  The plaintiff American Small Business League, ("Plaintiff") and the federal defendant United States Department of Energy ("Federal Defendant")[1] by and through their counsel stipulate to the following:

WHEREAS, the Federal Defendant's responsive pleading is currently due on June 7, 2010;

WHEREAS, the Federal Defendant seeks an additional week to prepare a responsive pleading and or answer;

ACCORDINGLY, the parties agree and stipulate as follows:

The parties agree that the Federal Defendant shall have until June 14, 2010 to file a responsive pleading in this action.

So Stipulated.

DATED: May 24, 2010                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                                /s/ Melissa Brown
                                          _____
                                          MELISSA K. BROWN
                                          Assistant United States Attorney

DATED: May 24, 2010

                                          ROBERT BELSHAW
                                          Gutierrez & Associates

                                          /s/ Robert Belshaw
                                          _____
                                          ROBERT BELSHAW
                                          Attorney for the Plaintiff

---

[1] The Federal Defendants are specially appearing for the purposes of filing this stipulation.

[CORRECTED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO RESPOND]- C-10-1680 MEJ

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the Federal Defendant shall have until June 14, 2010 to file and serve a responsive pleading and or answer.

IT IS SO ORDERED

Dated: May 25, 2010

_____
MARIA-ELENA JAMES
United States Magistrate Judge

[CORRECTED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO RESPOND]- C-10-1680 MEJ